LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone:   (702) 600-3200
Facsimile:   (702) 447-7936
*E-Mail:     laa@ayonlaw.com*

*Attorneys for Defendant/Counterclaimant,
Poshbaby LLC Series 5060 Jeffreys Street, #102*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE GSAAHOME EQUITY TRUST 2005-8, ASSET-BACKED CERTIFICATES, SERIES 2005-8,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA FE HACIENDAS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; POSHBABY LLC SERIES 5060 JEFFREYS ST., #102, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:17-cv-00222-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |
| POSHBABY LLC SERIES 5060 JEFFREYS ST., #102, a Nevada limited liability company,<br><br>Counterclaimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE GSAA HOME EQUITY TRUST 2005-8, ASSET-BACKED CERTIFICATES, SERIES 2005-8,<br><br>Counter-Defendant. | |

/ / /

1  Defendant/Counterclaimant Poshbaby LLC Series 5060 Jeffreys Street, #102 ("Poshbaby"), Plaintiff/Counter-Defendant Deutsche Bank National Trust Company, As Trustee For The Holders Of The GSAA Home Equity Trust 2005-8, Asset-Backed Certificates, Series 2005-8 ("Deutsche"), and Defendant Santa Fe Haciendas Homeowners Association ("Santa Fe"), a Nevada limited liability company, by and through their counsel of record hereby stipulate as follows:

The deadline for Poshbaby to file their response to Deutsche's Motion for Summary Judgment filed on February 16. 2018, shall be extended to and including March 23, 2018.

The deadline for Deutsche to file their reply in support of its Motion for Summary Judgment to Santa Fe's Opposition to its Motion for Summary Judgment filed March 6, 2018, shall be extended to and including April 3, 2018.

The deadline for Santa Fe to file their Reply in support of its Motion for Summary Judgment to Deutsche's Opposition to its Motion for Summary Judgment filed February 13, 2018, shall be extended to and including April 2, 2018.

The deadline for Deutsche to file their Opposition to 5060 Jeffreys Street, #102's Motion for Summary Judgment filed February 19, 2018, shall be extended to and including March 26, 2018.

The deadline for Poshbaby to file their Reply to Deutsche's Opposition to 5060 Jeffreys Street, #102's Motion for Summary Judgment filed February 19, 2018, shall be extended to and including April 2, 2018.

**IT IS SO STIPULATED.**

| Dated this 12th day of March, 2018 | Dated this 12th day of March, 2018 |
|---|---|
| **AYON LAW, PLLC** | **WRIGHT, FINLAY & ZAK, LLP** |
| /s/Luis A. Ayon_____<br>Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue, Suite 200<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant/Counterclaimant, Poshbaby LLC Series 5060 Jeffreys Street, #102* | /s/Michael S. Kelley_____<br>Michael S. Kelley, Esq.<br>Nevada Bar No. 10101<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff/Counter-Defendant Deutsche Bank National Trust Company* |

Dated this 12th day of March, 2018

**BOYACK ORME & ANTHONY**

/s/Colli McKiever
Colli McKiever, Esq.
Nevada Bar No. 13724
7432 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendant,*
*Santa Fe Haciendas HOA*

### **ORDER**

IT IS SO ORDERED.

Dated this __20__ day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
U.S. DISTRICT COURT